ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/03/2008

RECEIVED
MAR - 3 2008
DEBORAH A. BATTS

THE CITY OF NEW YORK

# LAW DEPARTMENT

100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

BAREE N. FETT
Assistant Corporation Counsel
Phone: (212) 788-8343
Fax: (212) 788-9776
bfett@law.nyc.gov

March 3, 2008

**BY HAND**

Honorable Deborah A. Batts
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street, Room 2510
New York, New York 10007

        Re:  Teddy Farmer v. City of New York, et al.
             08 CV 1534 (DAB)

Your Honor:

       I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney assigned to represent defendant City of New York, in this matter. I write to respectfully <u>request an enlargement of time from March 5, 2008, until May 5, 2008</u>, for the defendant to answer or otherwise respond to the complaint. Plaintiff's counsel consents to this application.

*[handwritten: /DAB GRANTED 03/03/08]*

       In the complaint, plaintiff alleges, *inter alia*, that, as a result of an arrest on August 11, 2007, he was subjected to false arrest, excessive force and an unlawful strip search, by officers of the New York City Police Department.

       There are several reasons for seeking an enlargement of time. First, in accordance with this office's obligations under Rule 11 of the Federal Rules of Civil Procedure, we need this additional time to investigate the allegations of the complaint. This office received by mail on Friday, February 29, 2008, an executed consent to the designation of the Corporation Counsel as plaintiff's agent for release of records sealed pursuant to New York Criminal Procedure Law § 160.50. Thus, the enlargement will allow defendants to request and obtain the records concerning plaintiff's arrest and/or prosecution.

       The extension will allow time for plaintiff to identify and serve any additional defendants. The extension will also allow this office to confirm the validity of the purported service, and to determine, pursuant to Section 50-k of the New York General Municipal Law,

MICROFILMED MAR - 5 2008 -12 08 PM

Returned to chambers for scanning on 3/6/08 RW
Scanned by chambers on 3/7/08

2

and based on a review of the facts of the case, whether we may represent these officers. See Mercurio v. The City of New York, et al., 758 F.2d 862, 864-65 (2d Cir. 1985) (quoting Williams v. City of New York, et al., 64 N.Y.2d 800, 486 N.Y.S.2d 918 (1985) (decision whether to represent individual defendants is made by the Corporation Counsel as set forth in state law)).

No previous request for an extension has been made. Accordingly, we respectfully request that defendant's time to answer or otherwise respond to the complaint be extended to May 5, 2008.

Thank you for your consideration of this request.

Respectfully submitted,

Baree N. Fett (BF9416)
Assistant Corporation Counsel

cc:   Richard Cardinale, Esq., Cardinale & Marinelli (by Fax)

SO ORDERED

Deborah A. Batts
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE