UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

TEDDY FARMER,

                            Plaintiff,

            -against-

THE CITY OF NEW YORK, POLICE OFFICERS JOHN DOES 1-4,

                            Defendants.

------------------------------------------------------------------------ x

**ANSWER**

**08 CV 1534 (DAB)**

JURY TRIAL DEMANDED

        Defendant City of New York by its attorney, Michael A. Cardozo, Corporation Counsel of the City of New York, for its answer to the complaint, respectfully alleges, upon information and belief, as follows:

        1. Denies the allegations set forth in paragraph "1" of the complaint, except admits that plaintiff was arrested on August 11, 2007.

        2. Denies the allegations set forth in paragraph "2" of the complaint, except admits that plaintiff purports to invoke the Court's jurisdiction as stated therein.

        3. Denies the allegations set forth in paragraph "3" of the complaint, except admits that plaintiff purports to invoke the Court's jurisdiction as stated therein.

        4. Denies the allegations set forth in paragraph "4" of the complaint, except admits that plaintiff purports to base venue as stated therein.

        5. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "5" of the complaint.

        6. Denies knowledge or information sufficient to the allegations set forth in paragraph "6" of the complaint, except admit that the City of New York is a municipal

corporation and respectfully refers the Court to the New York City Charter and the Administrative Code.

7. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "7" of the complaint.

8. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "8" of the complaint.

9. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "9" of the complaint.

10. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "10" of the complaint.

11. Denies the allegations set forth in paragraph "11" of the complaint.

12. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "12" of the complaint.

13. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "13" of the complaint.

14. Denies the allegations set forth in paragraph "13" of the complaint, except admit that plaintiff was arrested on August 11, 2007, and taken to the 79th Precinct.

15. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "15" of the complaint.

16. Denies the allegations set forth in paragraph "16" of the complaint.

17. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "17" of the complaint, except admit that on August 11, 2007, plaintiff was transported to Central Booking.

18. Denies the allegations set forth in paragraph "18" of the complaint.

19. Denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "19" of the complaint, except admit that on August 12, 2007, plaintiff was arraigned in criminal court.

20. Denies the allegations set forth in paragraph "20" of the complaint.

21. In response to the allegations set forth in paragraph "21" of the complaint, defendant repeats and realleges the responses set forth in the preceding paragraphs inclusive of this answer, as if fully set forth herein.

22. Denies the allegations set forth in paragraph "22" of the complaint.

23. In response to the allegations set forth in paragraph "23" of the complaint, defendant repeats and realleges the responses set forth in the preceding paragraphs inclusive of this answer, as if fully set forth herein.

24. Denies the allegations set forth in paragraph "24" of the complaint.

25. Denies the allegations set forth in paragraph "25" of the complaint.

26. Denies the allegations set forth in paragraph "26" of the complaint.

27. In response to the allegations set forth in paragraph "27" of the complaint, defendant repeats and realleges the responses set forth in the preceding paragraphs inclusive of this answer, as if fully set forth herein.

28. Denies the allegations set forth in paragraph "28" of the complaint.

29. In response to the allegations set forth in paragraph "29" of the complaint, defendant repeats and realleges the responses set forth in the preceding paragraphs inclusive of this answer, as if fully set forth herein.

30. Denies the allegations set forth in paragraph "30" of the complaint.

31. Denies the allegations set forth in paragraph "31" of the complaint.

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE:

32. The complaint fails to state a claim upon which relief can be granted.

### AS AND FOR A SECOND AFFIRMATIVE DEFENSE:

33. Defendant has not violated any rights, privileges or immunities under the Constitution or laws of the United States or the State of New York or any political subdivision thereof or any act of Congress providing for the protection of civil rights.

### AS AND FOR A THIRD AFFIRMATIVE DEFENSE:

34. Any injury alleged to have been sustained resulted from plaintiff's own culpable or negligent conduct, and was not the proximate result of any act of defendant.

### AS AND FOR A FOURTH AFFIRMATIVE DEFENSE:

35. At all times relevant to the acts alleged in the complaint, defendant acted reasonably in the proper and lawful exercise of its discretion.

### AS AND FOR A FIFTH AFFIRMATIVE DEFENSE:

36. There was probable cause for the plaintiff's arrest, detention, and prosecution.

### AS AND FOR A SIXTH AFFIRMATIVE DEFENSE:

37. Plaintiff's claims may be barred, in whole or in part, because he may have failed to comply with conditions precedent to suit.

### AS AND FOR AN SEVENTH AFFIRMATIVE DEFENSE:

38. Plaintiff cannot obtain punitive damages as against the City of New York.

### AS AND FOR A EIGHTH AFFIRMATIVE DEFENSE

39. Venue is improperly laid in this district.

**AS AND FOR A NINTH AFFIRMATIVE DEFENSE**

40. At all times relevant to the acts alleged in the complaint, defendant City, its agents and officials, acted reasonably, properly, lawfully and in good faith in the exercise of their discretion. Consequently, defendant City of New York is entitled to governmental immunity.

**AS AND FOR A TENTH AFFIRMATIVE DEFENSE**

41. Plaintiff may have failed to comply with General Municipal Law §50-i and, accordingly, any claims arising under the laws of the State of New York may be barred.

**WHEREFORE,** defendant City of New York requests judgment dismissing the complaint in its entirety, together with the costs and disbursements of this action, and such other and further relief as the Court may deem just and proper.

Dated:   New York, New York
         May 5, 2008

>                    MICHAEL A. CARDOZO
>                    Corporation Counsel of the
>                       City of New York
>                    *Attorney for Defendant City of New York*
>                    100 Church Street, Room 3-163
>                    New York, New York 10007
>                    (212) 788-8343
>
>                    By:    /s/
>                           Baree N. Fett (BF 9416)
>                           Assistant Corporation Counsel

TO:   Richard Cardinale (by ECF)
      Cardinale & Marinelli
      *Attorney for Plaintiff*
      26 Court Street
      Suite 1815
      Brooklyn, New York 11242

08 CV 1534 (DAB)

| |
|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK |
| TEDDY FARMER,<br><br>          Plaintiff,<br><br>     -against-<br><br>THE CITY OF NEW YORK, POLICE OFFICERS JOHN DOE 1-4,<br><br>          Defendants. |
| **ANSWER** |
| *MICHAEL A. CARDOZO*<br>*Corporation Counsel of the City of New York*<br>*Attorney for Defendants*<br>*100 Church Street Rm 3-163*<br>*New York, New York  10007*<br><br>*Of Counsel: Baree N. Fett*<br>*Tel:  (212) 788-8343*<br>*NYCLIS No. 2008004978* |

*Due and timely service is hereby admitted.*

*New York, N.Y.  ........................ , 2008 . . .*

*........................................................... Esq.*

*Attorney for.................................................*